IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01566-MSK-CBS

CALIFORNIA DHI, INC.,

    Plaintiff,

v.

UDO ERASMUS,
an individual, a/k/a PR INTERNATIONAL, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Parties Stipulation and Joint Motion to Modify Discovery Deadlines (filed March 16, 2006; *doc. no. 100*) is **GRANTED**. The deadline for Rule 26(a)(2) AFFIRMATIVE expert disclosures is extended to **April 24, 2006**. The deadline for Rule 26(a)(2) REBUTTAL expert disclosures is extended to **May 16, 2006**. It is further

    **ORDERED** that expert discovery is to be completed by **May 31, 2006**. *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    March 20, 2006