IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-1566-MSK-CBS

CALIFORNIA DHI, INC.,

    Plaintiff,

v.

UDO ERASMUS, an individual, a/k/a PR International, Inc.,

    Defendant.

_____

**ORDER DENYING JOINT MOTION FOR AN ORDER FOR LEAVE TO SUBMIT AN AMENDED PRETRIAL CONFERENCE ORDER**
_____

    **THIS MATTER** comes before the Court pursuant to the Joint Motion for an Order for Leave to Submit an Amended Pretrial Conference Order **(#109 )**.

    The parties did not submit a proposed order as part of the electronic filing, nor submit a proposed order in WordPerfect or Word format to chambers by electronic mail. Both acts are required by D.C. Colo. ECF Proc. V.L.2.

    **IT IS THEREFORE ORDERED** that the Joint Motion for an Order for Leave to Submit an Amended Pretrial Conference Order **(#109 )** is **DENIED**, without prejudice.

    Dated this 12th day of July, 2006.

                                **BY THE COURT:**

                                */s/ Marcia S. Krieger*
                                _____

                                Marcia S. Krieger
                                United States District Judge