IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-1566-MSK-CBS

CALIFORNIA DHI, INC.,

    Plaintiff,

v.

UDO ERASMUS, an individual, a/k/a PR International, Inc.,

    Defendant.

_____

### ORDER
_____

**THIS MATTER** comes before the Court pursuant to the Joint Motion for an Order for Leave to Submit an Amended Pretrial Conference Order **(#116)** and Motion to Withdraw Document **(#117)**.

The parties did not submit a proposed order in WordPerfect or Word format to chambers by electronic mail as required by D.C. Colo. ECF Proc. V.L.2.

**IT IS THEREFORE ORDERED** that the Joint Motion for an Order for Leave to Submit an Amended Final Pretrial Order **(#116)** is **DENIED**, without prejudice. The Motion to Withdraw Document **(#117) is DENIED AS MOOT.**

    Dated this 4th day of August, 2006.

                                       **BY THE COURT:**

                                       *[signature: Marcia S. Krieger]*
                                       _____

                                       Marcia S. Krieger
                                       United States District Judge