IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-1566-MSK-CBS

CALIFORNIA DHI, INC.,

    Plaintiff,

v.

UDO ERASMUS, an individual, a/k/a PR International, Inc.,

    Defendant.

_____

## ORDER VACATING TRIAL DATE
_____

    THIS MATTER comes before the Court *sua sponte*.  It appears from a review of this Court's docket that a multi-defendant criminal trial will occur on the week this matter is set for trial.  Accordingly,

    **IT IS ORDERED** that the trial set to commence on January 2, 2008, is **VACATED**.  The trial will be reset at the time of the currently scheduled Final Pretrial Conference on December 14, 2007, at 4:00 p.m.  **Counsel shall bring their calendars**.

    DATED this 8th day of November, 2007.

                                **BY THE COURT:**

                                */s/ Marcia S. Krieger*
                                _____

                                Marcia S. Krieger
                                United States District Judge