IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-1566-MSK-CBS

CALIFORNIA DHI, INC.,

    Plaintiff,

v.

UDO ERASMUS, an individual, and a/k/a PR INTERNATIONAL, INC.; and DOES I through X, inclusive,

    Defendants.

_____

**ORDER**
_____

    THIS MATTER comes before the Court on the Motion to Amend the Trial Schedule (Motion) **(#158)** filed by Plaintiff on January 11, 2008. Having reviewed the Motion, and the statement by plaintiff's counsel that defense counsel has no objection,

    **IT IS ORDERED** that the Motion is **GRANTED**. The bench trial in this matter is now set for the following five days: February 5 and 6, 2008; February 12 and 13, 2008; and, February 15, 2008.

    DATED this 14th day of January, 2008.

                                      **BY THE COURT:**

                                      *Marcia S. Krieger*
                                      _____
                                      Marcia S. Krieger
                                      United States District Judge